456 A.2d 1090

Commonwealth v. Lutzick, Appellant.

Submitted September 28, 1982. John F. Gibbons, for appellant; Richard W. Webb, District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and CIRILLO, JJ.

The judgment of sentence is affirmed.

456 A.2d 1091

Commonwealth v. McClendon, Appellant.

Submitted September 29, 1982. James J. Phelan, Jr., for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and CIRILLO, JJ.

The judgment of sentence is affirmed.